**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**ROBERT A. VIGEANT**

**v.** **C.A. NO: 02 – 441S**

**UNITED STATES OF AMERICA**

**MOTION TO ENLARGE THE NUMBER OF PAGES IN PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff moves this Honorable Court to allow the Plaintiff to file a Memorandum in Opposition to Defendant's Motion to Dismiss consisting of 26 pages.

As grounds for this motion plaintiff states as follows:

1. A similar motion was filed by the government and granted by this Court.
2. The reason the memorandum exceeds 20 pages is due to the fact that plaintiff has included various portions of answers to interrogatories and responses to request for production in order to facilitate the reading of the document as the government has done the same.

Robert A. Vigeant
By his attorney,

David A. Schechter #0903
Law Offices of David A. Schechter
150 Chestnut Street
Providence, RI 02903
401-274-4488
401-274-0927(facsimilie)

Copy mailed to:
Robin E. Feder, AUSA
Office of the U.S. Attorney
Fleet Center
50 Kennedy Plaza
Providence, RI 02903

5/31/05