**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**ROBERT A. VIGEANT**

**v.** **C.A. NO: 02 – 441S**

**UNITED STATES OF AMERICA**

## MOTION TO ENLARGE TIME

Plaintiff moves this Honorable Court to enlarge the period for plaintiff to file his objection and memorandum to defendant's motion to dismiss for a period of 5 days after the Court rules on plaintiff's motion to enlarge the number of pages contained in his memorandum in opposition the defendant's motion to dismiss.

The plaintiff completed the above documents over the weekend and realized that they exceeded the limitation. Today is the last day to file these documents, but this cannot be done due to number of pages contained in plaintiff's memorandum.

Robert A. Vigeant
By his attorney,

David A. Schechter #0903
Law Offices of David A. Schechter
150 Chestnut Street
Providence, RI 02903
401-274-4488
401-274-0927(facsimile)

Copy mailed to:
Robin E. Feder, AUSA
Office of the U.S. Attorney
Fleet Center
50 Kennedy Plaza
Providence, RI 02903

5/31/05