UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT A. VIGEANT :
:
v. : C.A. NO. 02-441S
:
: **EXPEDITED CONSIDERATION**
UNITED STATES OF AMERICA : **REQUESTED**

***

**DEFENDANT'S ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO DISCLOSE ITS EXPERT WITNESSES - AMENDED**

The Court, in its scheduling order of March 28, 2005, set June 15, 2005 as the date for defendant to disclose its experts.[1] Defendant seeks an enlargement of this time, based on its pending motion to dismiss regarding certain discovery issues. Defendant asks the Court to extend the time in which defendant may disclose its expert witnesses until thirty days after there has been a final ruling on its motion to dismiss, or thirty days from the date plaintiff's expert disclosures and discovery responses (to production requests and answers to interrogatories) are complete, whichever is later. Plaintiff does not object to this motion.

Respectfully submitted,

UNITED STATES OF AMERICA,
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000

[1] The date was previously extended to June 27 by the Court, Martin, MJ, on May 31, 2005.

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 10th day of June, 2005, a true and correct copy of the foregoing Motion for Enlargement of Time, was served on Plaintiff, by first class mail, postage prepaid, as follows:

David A. Schechter, Esq.
Law Offices of David A. Schechter
150 Chestnut Street
Providence, RI 02903

Nancy A. DeAmunzio