UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAY 31 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROBERT A. VIGEANT

V. C.A. NO. 02-441S

UNITED STATES OF AMERICA

**ORDER**

On May 31, 2005, this matter was heard on plaintiff's motion to enlarge the time within which he may answer defendant's second set of interrogatories, and defendant's objection to the motion. After consideration of the parties' arguments, it is hereby

ORDERED ADJUDGED AND DECREED

That plaintiff shall be granted up to and including May 27, 2005, within which to respond to defendant's second set of interrogatories, and the date for defendant's expert disclosures shall be extended to June 27, 2005. Defendant shall prepare a proposed order.

BY ORDER:

[signature]
CLERK

ENTER:

[signature]
David L. Martin
United States Magistrate Judge

DATE: 6-13-05

ORDER PREPARED BY:
ROBIN E. FEDER
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing proposed order was served by facsimile and regular mail on this the 31st day of May, 2005, to:

David A. Schechter, Esq.
Law Offices of David A. Schechter
150 Chestnut Street
Providence, RI 02903

Fax: 401-274-0927

Nancy A. DeQuinzio