UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT A. VIGEANT :
:
v. : C.A. NO. 02-441S
: ***
: **EXPEDITED CONSIDERATION**
UNITED STATES OF AMERICA : **REQUESTED**
***

**DEFENDANT'S MOTION TO VACATE ORDER**

Defendant United States of America moves to vacate the order entered on May 27, 2005, granting its Assented-To Motion for Enlargement of Time to Disclose its Expert Witnesses, for the reasons set forth in the attached Memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA,
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 13th day of June, 2005, a true and correct copy of the foregoing Motion to Vacate Order, was served on Plaintiff, by first class mail, postage prepaid, as follows:

David A. Schechter, Esq.
Law Offices of David A. Schechter
150 Chestnut Street
Providence, RI 02903

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT A. VIGEANT | : | |
| | : | |
| v. | : | C.A. NO. 02-441S |
| | : | *** |
| | : | **EXPEDITED CONSIDERATION** |
| UNITED STATES OF AMERICA | : | **REQUESTED** |
| | | *** |

**DEFENDANT'S MEMORANDUM IN SUPPORT OF ITS MOTION TO VACATE ORDER**

Defendant United States of America moves to vacate the order entered on May 27, 2005, granting Defendant's Assented-To Motion for Enlargement of Time to Disclose its Expert Witnesses. Defendant asserts that while Plaintiff did not object to the relief sought, he did not agree to certain language in the motion.

Accordingly, Defendant submits an Amended Assented-To Motion for Enlargement of Time, the language of which has been approved by Plaintiff, concurrently herewith.

Respectfully submitted,

UNITED STATES OF AMERICA,
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 13th day of June, 2005, a true and correct copy of the foregoing Defendant's Memorandum in Support of its Motion to Vacate Order, was served on Plaintiff, by first class mail, postage prepaid, as follows:

David A. Schechter, Esq.
Law Offices of David A. Schechter
150 Chestnut Street
Providence, RI 02903

Nancy A. DiQuinzio