UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT A. VIGEANT | : | |
| | : | |
| v. | : | C.A. NO. 02-441S |
| | : | *** |
| | : | **EXPEDITED CONSIDERATION** |
| UNITED STATES OF AMERICA | : | **REQUESTED** |
| | | *** |

**DEFENDANT'S MOTION TO VACATE ORDER**

Defendant United States of America moves to vacate the order entered on May 27, 2005, granting its Assented-To Motion for Enlargement of Time to Disclose its Expert Witnesses, for the reasons set forth in the attached Memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA,
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000

GRANTED
William E. Smith
U.S. District Judge
6/14/05

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 13th day of June, 2005, a true and correct copy of the foregoing Motion to Vacate Order, was served on Plaintiff, by first class mail, postage prepaid, as follows:

David A. Schechter, Esq.
Law Offices of David A. Schechter
150 Chestnut Street
Providence, RI 02903