# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND
# CLERK'S MINUTES

**CASE NUMBER: CA 02-441S** **DATE: June 16, 2005**

**TITLE: ROBERT VIGEANT v. USA**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: David Schetcher**

**Defendant: Robin Feder**

******************************************************************************

**Proceedings: Defendant's Motion to Dismiss for Plaintiff's Failure to Comply with Court Orders**

**All counsel of record present. Defendant argues motion. Plaintiff states objections. Both sides respond. Court to issue a Report and Recommendation.**