FILED
JUN 30 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROBERT A. VIGEANT** | ) | |
| | ) | |
| **v.** | ) | **C.A. NO: 02 - 441 S** |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |

RECEIVED
JUL 01 2005
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

**MOTION TO ENLARGE THE TIME WITHIN WHICH PLAINTIFF MAY FILE OBJECTIONS TO THE REPORT AND RECOMMENDATION DATED JUNE 16, 2005**

Plaintiff moves this Honorable Court to enlarge the time within which he may file objections to the Report and Recommendation, dated June 16, 2005, up to and including July 18, 2005. This enlargement is necessitated by the fact that plaintiff's counsel has suffered an injury which required a cast being placed on his right hand, preventing him from writing, typing and other tasks which would be required for the preparation of the document setting forth any objections.

Robert A. Vigeant
By his attorney
Law Offices of David A. Schechter

David A. Schechter, Esquire #0903
150 Chestnut Street
Providence, RI 02904
Tel: (401) 274-4488
Fax: (401) 274-0927

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☑ for determination
☐
William E. Smith, U.S. District Judge
Date: 6/30/05

GRANTED.

David L. Martin, U.S.M.J.
July 1, 2005