UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT A. VIGEANT | : | |
| | : | |
| V. | : | C.A. NO. 02-441S |
| | : | (REDACTED) |
| UNITED STATES OF AMERICA | : | |

**DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO PROVIDE MORE RESPONSIVE ANSWERS TO SECOND SET OF INTERROGATORIES**

Defendant moves to compel more responsive answers to its Second Set of Interrogatories, which consist of a single interrogatory. Defendant asserts that plaintiff represented in Court on May 31, 2005, during a hearing on his motion to enlarge the time for answering the Second Set of Interrogatories, that further responses would be forthcoming. On June 22, 2005, those further responses had not been received and defendant inquired via email when those further responses would be sent. Defendant telephoned plaintiff's counsel on June 23, 2005, for the same reason and was advised that plaintiff would provide a further response no later than July 1, 2005. On June 30, 2005, during a telephone call, plaintiff's counsel said that more time was needed, but that he would have the responses to defendant by Tuesday, July 5, 2005. When told that defense counsel would be away until July 6, 2005, plaintiff's counsel stated that defendant would "definitely have it by the time you return to the office". As of today, July 8, 2005, no further response has been received. Accordingly, defendant requests this Court to enter an order requiring plaintiff to provide a more complete response to the following interrogatory, for the reasons set forth below:

**INTERROGATORY**

**INTERROGATORY 1.**

If you were ever confined to a cell prior to May 12, 1997, or after July 22, 1999, for any reason, and for any length of time, no matter how short the duration, identify each such confinement, including the date(s) of the confinement, the length of the confinement, the place of

the confinement (name of facility and address), and the reason for the confinement.

**RESPONSE:**

**REASON FOR MOTION**:

The response provided is insufficient and defendant seeks the following in a supplemental response:

Plaintiff's claim for damages in an amount exceeding $18 million is based, in part, on the earnings he claims he would have had, but for his incarceration from 1997 to 1999. The amount of time he spent in prison prior to 1997 is therefore relevant to the defense of this case and a component of defendant's expert evaluations of plaintiff's damage claims for lost employment income, business losses and other claimed damages.

In accordance with Rule 37(a)(2)(A), defendant certifies that it has in good faith attempted to confer with plaintiff, in an effort to secure the disclosure without court action.

For all of the foregoing reasons, defendant respectfully requests that plaintiff be compelled to provide a complete response to the Second Set of Interrogatories within ten days of the date of this motion.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by first-class mail, postage pre-paid, on the Plaintiffs' counsel, by mailing same on this the 8th day of July, 2005, to:

David A. Schechter, Esq.
Law Offices of David A. Schechter
150 Chestnut Street
Providence, RI 02903