**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROBERT A. VIGEANT** | ) | |
| | ) | |
| **v.** | ) | **C.A. NO: 02 - 441 S** |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |

**MOTION TO ENLARGE THE TIME WITHIN WHICH PLAINTIFF MAY FILE RESPONSE TO THE GOVERNMENT'S OBJECTIONS TO THE REPORT AND RECOMMENDATION DATED JUNE 16, 2005**

Plaintiff moves this Honorable Court to enlarge the time within which he may file a response to the Government's objections to the Report and Recommendation, dated June 16, 2005, up to and including July 29, 2005. This enlargement is necessitated by the fact that plaintiff's counsel has suffered an injury which required a cast being placed on his right hand, preventing him from writing, typing and other tasks which would be required for the preparation of the response.

Robert A. Vigeant
By his attorney
Law Offices of David A. Schechter

David A. Schechter, Esquire #0903
157 Waterman Street
Providence, RI 02906
Tel: (401) 274-4488
Fax: (401) 274-0927

Copy hand delivered to:
Robin Feder, AUSA
U.S. Attorneys Office
Fleet Bank Building
Providence, RI 02903
July 12, 2005