UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT A. VIGEANT :
:
v. : C.A. NO. 02-441S
:
UNITED STATES OF AMERICA :

**DEFENDANT'S WITHDRAWAL OF ITS MOTION TO COMPEL PLAINTIFF T PROVIDE MORE RESPONSIVE ANSWERS TO SECOND SET OF INTERROGATORIES**

Defendant hereby withdraws its motion to compel more responsive answers to its Sec Set of Interrogatories (consisting of a single interrogatory). Plaintiff has provided a supplemen response.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ER WEm
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
7/19/05

ROBIN E. FEDER
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by first-class mail, ge pre-paid, on the Plaintiffs' counsel, by mailing same on this the 15th day of July, 2005, to:

David A. Schechter, Esq.
Law Offices of David A. Schechter
150 Chestnut Street
Providence, RI 02903