UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUL 12 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROBERT A. VIGEANT )
)
v. ) C.A. NO: 02 - 441 S
)
UNITED STATES OF AMERICA )

**MOTION TO ENLARGE THE TIME WITHIN WHICH PLAINTIFF MAY FILE RESPONSE TO THE GOVERNMENT'S OBJECTIONS TO THE REPORT AND RECOMMENDATION DATED JUNE 16, 2005**

Plaintiff moves this Honorable Court to enlarge the time within which he may file a response to the Government's objections to the Report and Recommendation, dated June 16, 2005, up to and including July 29, 2005. This enlargement is necessitated by the fact that plaintiff's counsel has suffered an injury which required a cast being placed on his right hand, preventing him from writing, typing and other tasks which would be required for the preparation of the response.

Robert A. Vigeant
By his attorney
Law Offices of David A. Schechter

GRANTED
William E. Smith
U.S. District Judge
7/29/05

David A. Schechter, Esquire #0903
157 Waterman Street
Providence, RI 02906
Tel: (401) 274-4488
Fax: (401) 274-0927