UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Robert A. Vigeant,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant . | C.A. No. 02-441S |

**SCHEDULING ORDER**

Following a status conference held on August 1, 2005, and pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that:

1. This Court shall defer ruling on Defendant's Objection (and Plaintiff's forthcoming Objection) to the Report and Recommendation issued by Magistrate Judge Martin on June 16, 2005, pending this Court's ruling on Defendant's forthcoming Motion for Summary Judgment.

2. Defendant's Motion for Summary Judgment shall be filed by **August 30, 2005.**

3. Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Cross-Motion for Summary Judgment shall be filed by **September 20, 2005.**

4. Defendant's Reply to Plaintiff's Opposition and Cross-Motion shall be filed by **October 7, 2005.**

5. Plaintiff's Reply to Defendant's Reply shall be filed by **October 14, 2005.**

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 8/2/05