UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
AUG 25 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROBERT A. VIGEANT :
:
v. : C.A. NO. 02-441S
:
UNITED STATES OF AMERICA :

**MOTION FOR ENLARGEMENT OF TIME**

During a scheduling conference on August 1, 2005, this Court entered a new scheduling order which directed Defendant United States of America to file a motion for summary judgment motion by August 30, 2005. At that time, counsel for the undersigned had not taken into account previously scheduled personal and official travel. Additionally, Defendant intends to address a number of issues in the motion, some not foreseen at the conference. For these reasons, Defendant requests an extension of thirty days to September 30, 2005, in which to file its motion for summary judgment and requests that the other dates in the scheduling order be amended accordingly. Counsel for plaintiff was contacted on August 24, 2005, and he does not object to this motion.

Respectfully submitted,

[signature]

ROBIN E. FEDER (#3415)
Assistant United States Attorney
Chief, Civil Division
Attorney for Defendant
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000

GRANTED
[signature]
William E. Smith
U.S. District Judge
8/30/05