UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT A. VIGEANT :
:
V. : C.A. NO. 02-441S
:
UNITED STATES OF AMERICA :

**DEFENDANT'S MOTION FOR LEAVE TO FILE MEMORANDUM AND ATTACHMENTS IN EXCESS OF PAGE LIMIT AND FOR ADDITIONAL TIME TO PREPARE APPENDIX AND FILE SUMMARY JUDGMENT MOTION**

During a scheduling conference on August 1, 2005, defendant notified the Court of its intent to file a motion for judgment on the pleadings. At that time, the Court requested that the Government submit a motion for summary judgment, including as many dispositive arguments as possible (without prejudice to filing a later summary judgment motion). In addition to a variety of grounds for summary judgment, defendants intend to raise at least one ground for dismissal based on lack of jurisdiction. As additional grounds, defendant asserts that the criminal case against Robert Vigeant was part of a much larger drug dealing and money laundering conspiracy and attendant prosecutions. Background regarding the larger investigation is critical to the Court's understanding of several of defendant's grounds for summary judgment. At the August 1, 2005, conference, this Court entered a new scheduling order which directed Defendant United States of America to file a motion for summary judgment motion by August 30, 2005. At that time, counsel for the undersigned had not taken into account previously scheduled personal and official travel, and sought an extension to September 30, 2005, which was granted. The motion is not quite completed and some additional time is needed to finalize the brief.

Additionally, defendant also seeks additional time to compile its appendix for submission with its summary judgment motion. While in the process of finalizing its motion, defendant

discovered that some of the documents it seeks to submit in support of its motion are protected by the Privacy Act, 5 U.S.C. § 552a. Defendant seeks the additional time to reach agreement on a proposed protective order with counsel for plaintiff regarding the Privacy Act-protected materials. Defendant has sought the concurrence of plaintiff's counsel in this motion to enlarge, but has been advised that a change in counsel is taking place.[1] Plaintiff's counsel represented that he would seek to obtain concurrence from substitute counsel in this motion. In the meantime, defendant has opted to file this motion to alert the Court to the present status of the case.

WHEREFORE, defendant seeks leave of this Honorable Court to file to extend the September 30, 2005, date currently set for filing its dispositive motion to October 31, 2005, so that it can complete its motion and submit a motion for a protective order; or stipulated protective order in support of its motion for summary judgment.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)

---

[1] Presumably in accordance with Local Rule 6(d) of the Rules of this Court.

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 29th day of September, 2005, a true and correct copy of the foregoing Motion for Leave to File Its Memorandum in Excess of Page Limits and for Extension of Time to File Summary Judgment Motion with Appendix, was served on Plaintiff, by first class mail, postage prepaid, as follows:

David A. Schechter, Esq.
Law Offices of David A. Schechter
150 Chestnut Street
Providence, RI 02903

Nancy A. DiQuinzio