**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
OCT 03 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**ROBERT A. VIGEANT** )
)
**v.** ) **C.A. NO: 02 - 441 S**
)
**UNITED STATES OF AMERICA** )

## STIPULATION

David A. Schechter, Esq. hereby withdraws his appearance for Robert A. Vigeant..

Daniel K. Flaherty, Esq. hereby enters his appearance for Robert A. Vigeant.

In compliance with Local Rules Of The United States District Court For The District Of Rhode Island Rule 6(d), there are no motions pending and no trial date has been set.

David A. Schechter, Esquire #903
157 Waterman Street
Providence, RI 02906
401-274-4488
401-274-0927 facsimile

Daniel K. Flaherty, Esquire #2466
33 College Hill Road Suite #20D
Warwick, RI 02886
401-822-1800 ext 213
401-822-1879 facsimile

Copy mailed to:
Robin Feder, AUSA
U.S. Attorneys Office
Fleet Bank Building
Providence, RI 02903

Robert A. Vigeant
1665 Brandywine Road
Suite #4315
West Palm Beach, FL 33409

Enter —
WSM
10/5/05