UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SCANNED

ROBERT A. VIGEANT :
:
:
V. : C.A. NO. 02-441S
:
UNITED STATES OF AMERICA :

**UNITED STATES' RESPONSE TO PLAINTIFF'S SUBSTITUTION OF COUNSEL BY STIPULATION**

In response to plaintiff's "Stipulation" substituting counsel, the United States notes that plaintiff's representation in accordance with Local Rule 6(d) that no motions are pending is inaccurate. There is a motion pending.

The United States' Motion to Dismiss, based on plaintiff's discovery violations, remains pending before the Court, albeit in a deferred status. The United States filed the motion to dismiss on May 16, 2005.[1] A Report and Recommendation (R&R) was issued on June 17, 2005,[2] and defendant filed its objection to the R&R on June 27, 2005. On August 2, 2005, the Court deferred ruling on the United States' motion to dismiss and its objection to the R&R until defendant's summary judgment motion is decided. See, Scheduling Order, dated August 2, 2005, ¶ 1.

---

[1] The motion was first filed on March 16, 2005; withdrawn at the request of the Court; refiled on May 9, 2005; and amended on May 16, 2005.

[2] The R&R suggested that the motion to dismiss be denied and that plaintiff be allowed up to July 15, 2005, to serve more complete discovery responses and expert disclosures. Plaintiff did not comply with the more generous July 15, 2005.

As a motion is pending before the Court, local rule 6(d) requires leave of court to substitute counsel. Defendant defers to the Court's discretion as to the appropriateness of the substitution in these circumstances.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by first-class mail, postage pre-paid, on the Plaintiffs' counsel, by mailing same on this the 30th day of September, 2005, to:

David A. Schechter, Esq.
Law Offices of David A. Schechter
157 Waterman St.
Providence, RI 02906

Daniel K. Flaherty, Esq.
33 College Hill Road, Suite #20D
Warwick, RI 02886