UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROBERT A. VIGEANT :
:
V. : C. A. FILE NO. 02-441 S
:
UNITED STATES OF AMERICA :

ENTRY OF APPEARANCE

I, FREDERICK A. COSTELLO, hereby enter my appearance for the Plaintiff, ROBERT A. VIGEANT, as Co-Counsel with Daniel K. Flaherty, Esquire, in the above-entitled matter.

F A Costello

Frederick A. Costello #2205

33 College Hill Road, Suite 20 D
Warwick, RI 02886
401-822-1800 ext. 224

Dated: October 3, 2005

CERTIFICATION

I hereby certify that I faxed to #709-5001 Attorney Robin Feder, a true copy of the within Entry of Appearance on the 3rd day of October, 2005.

Donna F. Bathgate