UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT A. VIGEANT, Plaintiff, | : | |
| v. | : | CA 02-441 S |
| UNITED STATES OF AMERICA, Defendant. | : | |

**ORDER**
**GRANTING DEFENDANT'S MOTION**
**TO EXCEED PAGE LIMIT**
**AND FOR ADDITIONAL TIME**
**TO FILE SUMMARY JUDGMENT MOTION**

Before the court is Defendant's Motion for Leave to File Memorandum and Attachments in Excess of Page Limit and for Additional Time to Prepare Appendix and File Summary Judgment Motion (Document ("Doc.") #67) ("Motion for Leave" or "Motion"). By the Motion, Defendant seeks to extend the date for the filing of its dispositive motion from September 30, 2005, to October 31, 2005.[1] See Motion at 2.

Plaintiff's new counsel has filed a conditional objection to the Motion for Leave. See Conditional Objection to the Motion of the United States of America to File a Memorandum and Attachments in Excess of Page Limit and for Additional Time to Prepare Appendix and File Summary Judgment Motion (Doc. #71) ("Objection"). Plaintiff seeks a "quid pro quo," Objection at 3, for its consent to Defendant's motion which includes, among other things, that Defendant "drop its Objection to the Report and Recommendation of the Magistrate [Judge] in reference to

[1] The court assumes from the title of the Motion that Defendant also seeks leave to exceed the limit on pages and exhibits in connection with the dispositive. The Motion itself does not so state, and it fails to indicate by how many pages Defendant seeks to exceed the limit. Assuming the memorandum does not exceed 30 pages and the exhibits do not exceed 50 pages, leave is granted.

discovery matters ...," Objection at 3. This Magistrate Judge is the author of the Report and Recommendation (the "R & R") at issue. That circumstance makes it inappropriate for the court to condition the granting of the instant Motion on Defendant's withdrawal of its objection to that R & R. Accordingly, Plaintiff's Objection is overruled, and the Motion for Leave is Granted.

Accordingly, Defendant shall have until October 31, 2005, to file its dispositive motion. Plaintiff shall have until November 21, 2005, to file its response. Defendant's reply is due by December 9, 2005. Plaintiff's reply is due by December 16, 2005.

So ordered.

ENTER:

DAVID L. MARTIN
UNITED STATES MAGISTRATE JUDGE
October 12, 2005

BY ORDER:

Deputy Clerk