UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
OCT 31 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT A. VIGEANT | : | |
| | : | |
| V. | : | C.A. NO. 02-441S |
| | : | |
| UNITED STATES OF AMERICA | : | |

**DEFENDANT'S MOTION TO SEAL APPENDIX TO ITS MOTION FOR SUMMARY JUDGMENT**

Defendant, United States of America, by and through its undersigned counsel, moves to seal the Appendix to its Motion for Summary Judgment filed concurrently herewith, for the reasons set forth in the Memorandum in Support of the Assented-To Motion for Protective Order filed with the Court on October 27, 2005. A copy of that Motion is attached hereto. A redacted Appendix is filed concurrently herewith.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)

GRANTED
William E. Smith
U.S. District Judge
11/1/05