UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED

NOV 30 2005

Property of U.S. District Court
District of Rhode Island

ROBERT A. VIGEANT :
:
V. : C. A. FILE NO. 02-441 S
:
UNITED STATES OF AMERICA :

STIPULATION

In the above-entitled cause, it is agreed that the following entry be made:

By agreement of the parties, the time in which the Plaintiff shall respond to Defendant's Motion for Summary Judgment is extended to December 21, 2005. Defendant's reply is due by January 21, 2006. Plaintiff's reply is due by February 21, 2006.

Plaintiff's Attorney

Daniel K. Flaherty #2466

33 College Hill Road, Suite 20 D
Warwick, RI 02886
401-822-1800 ext. 213

Defendant's Attorney

Robin E. Feder #3415

Assistant United States Attorney
Fleet Center, 50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000

Dated: November 30, 2005

ENTER

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 12/1/05