UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT A. VIGEANT | : | |
| | : | |
| V. | : | C. A. FILE NO. 02-441 S |
| | : | |
| UNITED STATES OF AMERICA | : | |

STIPULATION

In the above-entitled cause, it is agreed that the following entry be made:

By agreement of the parties, the time in which the Plaintiff shall respond to Defendant's Motion for Summary Judgment is extended to January 11, 2006. Defendant's reply is due by February 10, 2006. Plaintiff's reply is due by March 3, 2006.

Plaintiff's Attorney

Daniel K. Flaherty #2466

33 College Hill Road, Suite 20 D
Warwick, RI 02886
401-822-1800 ext. 213

Defendant's Attorney

Robin E. Feder #3415

Assistant United States Attorney
Fleet Center, 50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000

Dated: December 23, 2005

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 12/29/05