UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT A. VIGEANT | : | |
| | : | |
| V. | : | C.A. NO. 02-441S |
| | : | |
| UNITED STATES OF AMERICA | : | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN EXCESS OF PAGE LIMITS AND FOR ADDITIONAL TIME TO FILE REPLY**

Defendant moves this Court for leave to file a memorandum in support of its reply to plaintiff's objection to defendant's motion for summary judgment, in excess of the page limits established by this Court's Amended General Order No. 2002-01. As grounds therefore, defendant asserts that plaintiff's objection was 42 pages and contained 85 pages of exhibits, and defendant requires more than 5 pages to adequately reply. Defendant also requests an additional 7 days, from the date a decision is issued on this motion, to finalize and file its Reply Memorandum. The due date for plaintiff's response would be extended accordingly.

Plaintiff does not object to this motion.[1]

WHEREFORE, defendant seeks leave of this Honorable Court to file a reply memorandum in excess of the allowable page limits. In addition, defendant requests an

[1] Although plaintiff did not seek leave of court to file an objection to summary judgment in excess of the page limits established by Amended General Order 2002-01, defendant does not challenge his memorandum or exhibits on this ground.

additional 7 days, after this motion is decided, to finalize and file its Reply memorandum.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ANTHONY C. DIGIOIA
ROBIN E. FEDER
Assistant United States Attorneys
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 9th day of February, 2006, a true and correct copy of the foregoing Motion for Leave to File Its Reply Memorandum in Excess of Page Limits and for Enlargement of Time to File its Reply Memorandum, was served on Plaintiff, by first class mail, postage prepaid, as follows:

Daniel K. Flaherty, Esq.
Frederick A. Costello, Esq.
Flaherty, Butterfield & Costello
33 College Hill Road, Suite 20D
Warwick, RI 02886