UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**ROBERT A . VIGEANT**

**VS C.A. NO. 02-441S**

**UNITED STATES OF AMERICA**

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN EXCESS OF PAGE LIMITS AND FOR ADDITIONAL TIME TO FILE REPLY**

Now comes the Plaintiff in the above captioned matter and moves for leave to file a Memorandum in support of his Reply to Defendant's Reply to Plaintiff's Objection to Defendant's Motion for Summary Judgment in excess of the page limits established by this Court's Amended General Order No. 2002-01. As grounds therefore, Plaintiff asserts that Defendant's Reply was 28 pages and Plaintiff requires more than five pages to adequately reply.

Plaintiff also requests an additional seven (7) days, from the date a decision is issued on this Motion to finalize and file his reply Memorandum.

Defendant does not object to this Motion.

WHEREFORE, Plaintiff seeks leave of this Honorable Court to file a reply memorandum in excess of the allowable page limits. In addition, Plaintiff requests an additional seven days after this Motion is decided to finalize and file his Reply Memorandum.

Respectfully submitted,
Plaintiff
By his attorneys,

Frederick A. Costello #2205
**FLAHERTY, BUTTERFIELD & COSTELLO**
33 College Hill Road Suite 20D
Warwick, Rhode Island 02886
Tel. No. 401 822 1800 x 6 Fax 822 1879

Daniel K. Flaherty, Esquire #2466
**FLAHERTY, BUTTERFIELD & COSTELLO**
33 College Hill Road Suite 20D
Warwick, Rhode Island 02886
Tel. No. 401 822 1800 x 6 Fax 822 1879

**CERTIFICATION**

I hereby certify that on the 9th day of March, 2006 I sent a true copy of within to via facsimile and first class mail: Anthony C. Digioia, Robin E. Feder, Assistant United States Attorneys, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, facsimile number 401-709-5017.