UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
MAY 23 2006
Property of U.S. District Court
District of Rhode Island

ROBERT A. VIGEANT :
:
V. : C. A. FILE NO. 02-441 S
:
UNITED STATES OF AMERICA :

STIPULATION

In the above-entitled cause, it is agreed that the following entry be made:

Plaintiff may have thirty (30) days from the entry of this Stipulation in which to respond to Defendant's Motion to Dismiss Count 5 (Abuse of Process) for lack of jurisdiction.

Plaintiff's Attorney

Daniel K. Flaherty #2466

33 College Hill Road, Suite 20 D
Warwick, RI 02886
401-822-1800 ext. 213

Defendant's Attorney

Robin E. Feder #3415

Assistant United States Attorney
Fleet Center, 50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000

Dated: May 22, 2006

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 5/25/06