UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

Robert A. Vigeant and Concetta Pazienza

V. Case Number: C.A. NO. 02-441S

United States of America

**Jury Verdict.**

**X Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendant, United States of America against the Plaintiffs, Robert A. Vigeant and Concetta Pazienza in accordance with the Court's Order dated October 20, 2006, granting the Defendant's Motion for Summary Judgment on Counts II, III, IV, and V and the Court's Order entered on October 1, 2004 granting defendant's Motion to Dismiss on Counts I and VI.**

November 2, 2006
Date

Deputy Clerk