UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROBERT A. VIGEANT :
:
V. : C. A. FILE NO. 02-441 S
:
UNITED STATES OF AMERICA :

NOTICE OF APPEAL

Now comes the Plaintiff in the above-entitled matter and appeals to the United States Circuit Court of Appeals, the Judgment of the United States District Court for the District of Rhode Island dated October 19, 2006 granting Defendant's Motion for Summary Judgment.

Robert A. Vigeant, Pro Se
188 Farmington Avenue
Cranston, RI 02920
Telephone No. 561-267-5523

October 30, 2006

11/07/06