# United States Court of Appeals
## For the First Circuit

02-00441
USDC / RI
Judge Smith

No. 06-2577

**MANDATE**

ROBERT A. VIGEANT,

Plaintiff, Appellant,

v.

UNITED STATES,

Defendant, Appellee.

**JUDGMENT**

Entered: August 7, 2007

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Rhode Island.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's October 19, 2006, Decision and Order, is affirmed. See lst Cir. R. 27.0(c).

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 11/13/07

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Mr. Flaherty, Mr. Costello, Mr. Vigeant, Mr. Digioia, Ms. Feder, Mr. Frank, Mr. Keisler, & Mr. Greenspan.]